FREDERICK A. COOPER, appellant,

v.

CHARLOTTE S. COOPER, respondent.

[Submitted December 6th, 1913.   Decided March 16th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported *ante p. 581.*

*Mr. Traverse A. Spraggins,* for the appellant.

*Mr. Wilfred B. Wolcott,* for the appellee-respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, HEPPENHEIMER—12.

*For reversal*—None.